UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN CRUZ,<br><br>      Petitioner,<br><br>-against-<br><br>WARDEN M.J. KING SUPERINTENDENT OF CLINTON C.F.,<br><br>      Respondent. | 24 CIVIL 5068 (LTS<br><br>**CIVIL JUDGMENT** |

  For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 10, 2024
    New York, New York

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                  Chief United States District Judge