UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN CRUZ,<br><br>       Petitioner,<br><br>  -v-<br><br>WARDEN M.J. KING, Superintendent,<br><br>       Respondent. | 24-CV-5068 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

  Respondent filed his Answer in Opposition to the Petition for a Writ of Habeas Corpus on January 24, 2025, as well as the transcripts and state court records identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts. Accordingly, Petitioner shall have until **March 28, 2025**, to file any reply papers.

  SO ORDERED.

Dated: February 18, 2025
   New York, New York

                   _____
                   JEANNETTE A. VARGAS
                   United States District Judge